JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIGEN KOREA CO., LTD., a Republic of Korea corporation,<br><br>Plaintiff,<br><br>v.<br><br>VRS DESIGN INC., a California corporation; ISPEAKER CO., LTD., a Republic of Korea corporation; VERUS U.S.A., LLC, a California limited liability company; MOBILE LIFE GROUP, INC., a California corporation; DOES 1 though 10, inclusive,<br><br>Defendants. | Case No.: 8:17-cv-01121-DOC-DFM<br>Assigned to: Honorable David O. Carter<br><br>**ORDER FOR DISMISSAL**<br>**[47]** |

The stipulation is approved. The entire action, including all claims and counterclaims against all parties, is hereby dismissed. This Court will retain full jurisdiction to enforce the settlement agreement and all terms therein.

IT IS SO ORDERED.

Dated: July 26, 2018

_____
Hon. David O. Carter
UNITED STATES DISTRICT COURT